# UNITED STATES DISTRICT COURT
### District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

                       **Plaintiff,**          **FILED UNDER SEAL**

      **v.**                   **CASE NO. 6:26-cr-10084-JWB**

JACKSON TRIMBLE,

                     **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)]**

On or about August 20, 2025, in the District of Kansas, the defendant,

## JACKSON TRIMBLE,

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and that has been mailed and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 2

**DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)]**

On or about August 20, 2025, in the District of Kansas, the defendant,

## JACKSON TRIMBLE,

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and that has been mailed and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 3

**DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)]**

On or about August 20, 2025, in the District of Kansas, the defendant,

## JACKSON TRIMBLE,

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and that has been mailed and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

2

## COUNT 4

**DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)]**

On or about November 24, 2025, in the District of Kansas, the defendant,

## JACKSON TRIMBLE,

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and that has been mailed and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 5

**DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)]**

On or about November 24, 2025, in the District of Kansas, the defendant,

## JACKSON TRIMBLE,

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and that has been mailed and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 6

**DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)]**

On or about December 5, 2025, in the District of Kansas, the defendant,

## JACKSON TRIMBLE,

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and that has been mailed and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT 7

**DISTRIBUTION OF CHILD PORNOGRAPHY**
**[18 U.S.C. § 2252A(a)(2)]**

On or about August 20, 2025, in the District of Kansas, the defendant,

## JACKSON TRIMBLE,

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce and that has been mailed and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

4

## COUNT 8
**TAMPERING WITH RECORDS**
**[18 U.S.C. 1512]**

On or about December 17, 2025, in the District of Kansas, the defendant,

## JACKSON TRIMBLE,

did knowingly and corruptly alter, destroy, mutilate and conceal records, including records on his cellular device to include photos, videos and chats, or attempt to do so, with the intent to impair its integrity and availability for use in an official proceeding, that is, the investigation of the crimes outlined in Counts 1 through 7 of this Indictment.

In violation of Title 18, United States Code, Section 1512(c)(1).

## FORFEITURE NOTICE

Upon conviction of one or more of the offenses set forth in Counts 1-6, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253(a), any and all property used or intended to be used in any manner or part to commit or to promote the commission of such offenses or any property traceable to such property.

A TRUE BILL.


May 19, 2026                              s/Foreperson
DATE                                      FOREPERSON OF THE GRAND JURY


5

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Katie Andrusak
KATIE ANDRUSAK
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov
Ks. S. Ct. No. 25961

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Counts 1-7: 18 U.S.C. § 2252A(a)(2)-Distribution of Child Pornography**

- Punishable by a term of imprisonment of not less than five (5) years but not more than twenty (20) years.

- If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, the term of imprisonment shall be for not less than fifteen (15) years nor more than forty (40) years.  [18 U.S.C. § 2252A(b)(1)]

- A term of supervised release of not less than five (5) years and up to life.  18 U.S.C. § 3583(k).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. § 3014(a)(3).

- An additional assessment of not more than $35,000.00.  18 U.S.C. § 2259A(a)(2).

**Count 8: 18 U.S.C. § 1512(c)(1)-Tampering with Records**

- Punishable by a term of imprisonment of not more than twenty (20) years.

- A term of supervised release of not more than 3 years.

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).